People v Spencer (2023 NY Slip Op 05522)

People v Spencer

2023 NY Slip Op 05522

Decided on November 1, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 1, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

JOSEPH J. MALTESE, J.P.
WILLIAM G. FORD
BARRY E. WARHIT
LOURDES M. VENTURA, JJ.

1993-04894
 (Ind. No. 5647/92)

[*1]The People of the State of New York, respondent,
v
Herman Spencer, appellant.

Herman Spencer, Bronx, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Katherine A. Walecka of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 28, 1995 (People v Spencer, 218 AD2d 824), affirming a judgment of the Supreme Court, Kings County, rendered July 12, 1993.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
MALTESE, J.P., FORD, WARHIT and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court